UNITED STATES DISTRICT COURT
For the Northern District of California

1
2
3
4                          UNITED STATES  DISTRICT COURT
5                          Northern District of California
6

7     EVELIA BARRAGAN

8                      Plaintiff(s),                    No. C 09-05914 MEJ
9            v.
                                                        **ORDER DIRECTING PLAINTIFF TO**
      GMAC MORTGAGE                                     **SUBMIT CHAMBERS COPIES IN**
10                                                      **COMPLIANCE WITH GENERAL**
                              Defendant(s).             **ORDER 45 AND THE COURT'S**
11    _____/          **STANDING ORDERS**

12

13          On February 12, 2010, Plaintiff electronically filed an amended complaint.  (Dkt. #16.)

14   However, Plaintiff has failed to comply with General Order 45 and the Court's Standing Orders by

15   failing to deliver to the Clerk's Office "no later than noon on the business day following the day that

16   the papers are filed electronically, one paper copy of each document that is filed electronically . . .

17   marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and

18   'Chambers Copy-Do Not File.'"  *See* General Order 45 § VI.G; *see also* Case Management Standing

19   Order, Magistrate Judge Maria-Elena James, ¶ 6.  Plaintiff is hereby ORDERED to comply with

20   General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy,

21   **with exhibits and appropriate tab dividers if necessary**, of the above-referenced documents.

22          **IT IS SO ORDERED.**

23

24   Dated: February 18, 2010                           _____

25                                                      Maria-Elena James
                                                        Chief United States Magistrate Judge
26

27

28