UNITED STATES DISTRICT COURT

Northern District of California

EVELIA BARRAGAN,

           Plaintiff(s),

  v.

GMAC MORTGAGE,

           Defendant(s).
_____/

No. C 09-05914 MEJ

**ORDER VACATING CMC**

**ORDER FOR PARTIES TO FILE JOINT STATUS REPORT**

This matter is currently scheduled for a case management conference on March 25, 2010. However, no joint statement has been filed, and the parties have failed to file an ADR Certification. Accordingly, the Court hereby VACATES the March 25, 2010 Case Management Conference and ORDERS the parties to file a joint status report by April 1, 2010.

**IT IS SO ORDERED.**

Dated: March 19, 2010

                                               _____
                                               Maria-Elena James
                                               Chief United States Magistrate Judge