1

2

3

4       UNITED STATES  DISTRICT COURT

5       Northern District of California

6

7   EVELIA BARRAGAN,

8                   Plaintiff(s),          No. C 09-05914 MEJ

9           v.                             **ORDER VACATING CMC**

    GMAC MORTGAGE,                         **ORDER FOR PARTIES TO FILE**
10                                         **JOINT STATUS REPORT**
                    Defendant(s).
11  _____/

12

13          This matter is currently scheduled for a case management conference on March 25, 2010.

14  However, no joint statement has been filed, and the parties have failed to file an ADR Certification.

15  Accordingly, the Court hereby VACATES the March 25, 2010 Case Management Conference and

16  ORDERS the parties to file a joint status report by April 1, 2010.

17          **IT IS SO ORDERED.**

18

19  Dated: March 19, 2010

20                                         _____
                                           Maria-Elena James
21                                         Chief United States Magistrate Judge

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**