UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| EVELIA BARRAGAN<br><br>　　　　　　Plaintiff(s),<br>　　v.<br>GMAC MORTGAGE<br>　　　　　　Defendant(s). | No. C 09-05914 MEJ<br><br>**ORDER DIRECTING KAY-CO AND SCRANTON DEFENDANTS TO FILE CONSENT/DECLINATION FORM**<br><br>**ORDER FOR PLAINTIFF TO SERVE THIS ORDER UPON KAY-CO** |

Upon review of the record in this action, the Court notes that Defendants Kay-Co Investments, Inc., Scranton Properties, and Christian R. Scranton have not filed written consents to Magistrate Judge James' jurisdiction. This civil case was randomly assigned to Magistrate Judge James for all purposes including trial. In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, the above-named defendants shall inform the Court whether they consent to Magistrate Judge James' jurisdiction or requests reassignment to a United States District Judge for trial. A copy of both the consent and declination forms may be obtained from the Northern District of California's website at http://www.cand.uscourts.gov/. From the homepage, click on the "Forms" tab on the left margin, then choose "Civil." The consent/declination form shall be filed by April 22, 2010. **Because there is no indication that Defendant Kay-Co Investments has been served, Plaintiff shall serve this Order upon Kay-Co by April 12, 2010.**

　　**IT IS SO ORDERED.**

Dated: April 5, 2010

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge